# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-10056** |
| **Janice K. Graham DBA Island Winds** : | **Chapter 13** |
| **Tanning Salon** : | **Judge Thomas P. Agresti** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Janice K. Graham DBA Island Winds** : | |
| **Tanning Salon** : | |
| : | |
| **Ronda J. Winnecour** : | |
| **Respondents.** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for PNC Bank, National Association, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                  Respectfully submitted,

                                                /s/ Karina Velter
                                               Karina Velter, Esquire (94781)
                                               Adam B. Hall (323867)
                                               Sarah E. Barngrover (323972)
                                               Edward H. Cahill (0088985)
                                               Stephen R. Franks (0075345)
                                               Manley Deas Kochalski LLC
                                               P.O. Box 165028
                                               Columbus, OH  43216-5028
                                               Telephone: 614-220-5611
                                               Fax: 614-627-8181
                                               Attorneys for Creditor
                                               The case attorney for this file is Karina Velter.
                                               Contact email is kvelter@manleydeas.com

20-021561_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-10056** |
| **Janice K. Graham DBA Island Winds** : | **Chapter 13** |
| **Tanning Salon** : | **Judge Thomas P. Agresti** |
| : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** : | |
| : | |
| **PNC Bank, National Association** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Janice K. Graham DBA Island Winds** : | |
| **Tanning Salon** : | |
| : | |
| **Ronda J. Winnecour** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 9, 2020.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Daniel P. Foster, Attorney for Janice K. Graham DBA Island Winds Tanning Salon, dan@mrdebtbuster.com

Service by First-Class Mail:
Janice K. Graham DBA Island Winds Tanning Salon, PO Box 381, Seneca, PA 16346

Janice K. Graham DBA Island Winds Tanning Salon, 200 N Main St, Seneca, PA 16346

EXECUTED ON: December 9, 2020

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name

20-021561_PS

<u>P.O. Box 165028, Columbus, OH 43216-5028</u>
Address
<u>614-220-5611</u>
Phone No.
<u>94781</u>
List Bar I.D. and State of Admission

20-021561_PS