**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/22/2021

IN RE:

JANICE K. GRAHAM
PO BOX 381
SENECA, PA 16346
XXX-XX-9475        Debtor(s)

Case No. 18-10056 TPA

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/22/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SAMS CLUB/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 1481 |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number:2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:3    INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  0.00<br>COMMENT:  102.17/PL*102.17 X (60+2)=LMT*NO ARRS*LATE CL~198.71/MO | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7945 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH  44101 | Trustee Claim Number:4    INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  20,621.50<br>COMMENT:  26621.50@0%/PL*2ND/SCH-CL*ACCT/SCH=1097*LATE CL*DKT! | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2212 |
| **VENANGO COUNTY TAX CLAIM BUREAU***<br>1174 ELK STREET<br>PO BOX 831<br>FRANKLIN, PA  16323 | Trustee Claim Number:5    INT %: 9.00%<br>Court Claim Number:<br>CLAIM:  10,358.36<br>COMMENT:  $@9%/PL*12,14-17/SCH-PL*RMVD/PAP | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 9000 |
| **VENANGO COUNTY TAX CLAIM BUREAU***<br>1174 ELK STREET<br>PO BOX 831<br>FRANKLIN, PA  16323 | Trustee Claim Number:6    INT %: 9.00%<br>Court Claim Number:<br>CLAIM:  4,792.38<br>COMMENT:  $@9%/PL*12,15-17/SCH-PL*RMVD/PAP | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 6000 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:7    INT %: 0.00%<br>Court Claim Number:1-3<br>CLAIM:  16,283.25<br>COMMENT:  ...1622*$/CL-PL*1622*10-11/SCH-PL*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 9475 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:8    INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  1,171.72<br>COMMENT:  $/CL-PL*10-11/SCH-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 9475 |
| **AMERICAN INFOSOURCE LP AGENT FOR 245 H(**<br>PO BOX 269093<br>OKLAHOMA CITY, OK  73126-9093 | Trustee Claim Number:9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CHASE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0987 |
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU**<br>PO BOX 268941<br>OKLAHOMA CITY, OK  73126-8941 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP 1/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7317 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP O/B/O MIDLAND FU** PO BOX 268941 OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: GEMB/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4503 |
| **ATLAS ACQUISITIONS LLC** 492C CEDAR LN STE 442 TEANECK, NJ 07666 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: BON TON/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1603 |
| **CITIBANK NA(*)++** 4740 121ST ST URBANDALE, IA 50323 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2725 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0523 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 4042 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0303 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: 2 | CLAIM: 569.85 COMMENT: AMERICAN EAGLE/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9753 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: 4 | CLAIM: 506.86 COMMENT: MAURICES/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2472 |
| **CAPITAL ONE(*)** 6125 LAKEVIEW RD STE 800 CHARLOTTE, NC 28269 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: SPECIAL NOTICE ONLY ACCOUNT NO.: |
| **JPMORGAN CHASE BANK NA** PO BOX 15298 WILMINGTON, DE 19850 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: | CLAIM: 0.00 COMMENT: | CRED DESC: SPECIAL NOTICE ONLY ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **HSBC BANK USA**<br>BANKRUPTCY UNIT<br>POB 2103<br>BUFFALO, NY 14240-2103 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIKE THOMAS**<br>302 SENECA ST<br>OIL CITY, PA 16301 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALICE BOYER**<br>230 OAK LN<br>STATE COLLEGE, PA 16801 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 1-3<br>CLAIM: 4,569.29<br>COMMENT: ...1622*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9475 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 729.04<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9475 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: PIF @CID 4/CONF*ARRS/PL=$0*2ND/SCH*LATE CL*W/4 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2212 |
| **JEROME BLANK ESQ**<br>PHELAN ET AL<br>1617 JFK BLD STE 1400<br>1 PENN CENTER PLAZA<br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VENANGO COUNTY TAX CLAIM BUREAU***<br>1174 ELK STREET<br>PO BOX 831<br>FRANKLIN, PA 16323 | Trustee Claim Number: 28  INT %: 9.00%<br>Court Claim Number: 6<br>CLAIM: 1,281.73<br>COMMENT: 08040026000*CL6GOV*TTL72421.40@9%/PL*SUPPLMNTL?*WNTS 9%*W/29-31 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6000 |
| **VENANGO COUNTY TAX CLAIM BUREAU***<br>1174 ELK STREET<br>PO BOX 831<br>FRANKLIN, PA 16323 | Trustee Claim Number: 29  INT %: 9.00%<br>Court Claim Number: 6<br>CLAIM: 1,325.64<br>COMMENT: 08040026000*CL6GOV*TTL7421.40@9%/PL*YEAR NT/SCH*WNTS 9%*BGN 11/19*20 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6000 |
| **VENANGO COUNTY TAX CLAIM BUREAU***<br>1174 ELK STREET<br>PO BOX 831<br>FRANKLIN, PA 16323 | Trustee Claim Number: 30  INT %: 9.00%<br>Court Claim Number: 6<br>CLAIM: 2,263.00<br>COMMENT: 08037049000*CL6GOV*TTL7421.40@9%/PL*SUPPLMNTL?*WNTS 9%*W/28,29,31 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9000 |

| CLAIM RECORDS | | |
|---|---|---|
| **VENANGO COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:31  INT %: 9.00% | CRED DESC: Post Petition Claim (1305) |
| 1174 ELK STREET | Court Claim Number:6 | ACCOUNT NO.: 9000 |
| PO BOX 831 | | |
| | CLAIM: 2,371.03 | |
| FRANKLIN, PA 16323 | COMMENT: 08037049000*CL6GOV*TTL7421.40@9%/PL*YEAR NT/SCH*WNTS 9%*BGN 11/19*20 | |
| **KML LAW GROUP PC*** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: PNC BANK/PRAE | |
| **MANLEY DEAS KOCHALSKI LLC** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| PO BOX 165028 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43216-5028 | COMMENT: PNC BANK/PRAE | |