**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-10056-JAD |
| Janice K. Graham | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc # 61 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | FILED |
| Movant(s) | ) | 2/23/23 2:08 pm |
| vs. | ) | CLERK |
| Janice K. Graham | ) | U.S. BANKRUPTCY |
| | ) | COURT - WDPA |
| Respondent(s) | ) | |

**ORDER**

AND NOW, this 23rd day of February, **2023**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.    The Clerk shall give notice to all creditors of this dismissal.

D.    Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative

1

       fee), together with the unpaid $_____ portion of the original filing fee.

E.     The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)     the time deadline provided by state law; or

(2)     30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $_____ effective.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ ____ with / _____ without prejudice, without further notice or hearing.

☐     Other:

BY THE COURT:

Dated: February 23, 2023

United States Bankruptcy Judge
Jeffery A. Deller

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Janice K. Graham  
Debtor

Case No. 18-10056-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Feb 23, 2023      Form ID: pdf900      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice K. Graham, PO Box 381, Seneca, PA 16346-0381 |
| 14762397 | + | HSBC Bank, Attn: Bankruptcy, PO Box 30256, Salt Lake City, UT 84130-0256 |
| 14762405 | + | Venango County Tax Claim Bureau, 1174 Elk Street, PO Box 831, Franklin, PA 16323-0831 |
| 14762406 | + | Weisfield Jewelers, Attn: Bankruptcy, PO Box 3680, Akron, OH 44309-3680 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14762390 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2023 23:47:35 | 245 Holdings LLC, by American InfoSource LP as agent, PO Box 269093, Oklahoma City, OK 73126-9093 |
| 14762392 | | Email/Text: bnc@atlasacq.com | Feb 23 2023 23:48:00 | Atlas Acquisitions LLC, 294 Union Street, Hackensack, NJ 07601 |
| 14762391 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 23 2023 23:47:41 | American InfoSource LP as agent for, Midland Funding LLC, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 14762393 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 23 2023 23:47:46 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 14762395 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2023 00:02:09 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195 |
| 14762396 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 23 2023 23:48:00 | GMAC, Attn: Bankruptcy, Po Box 130424, Saint Paul, MN 55113-0004 |
| 14762398 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 23 2023 23:48:00 | Internal Revenue Service, Office of District Counsel, 1000 Liberty Center, Suite 601C, Pittsburgh, PA 15222 |
| 14762394 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 23 2023 23:47:34 | Chase, Po Box 15298, Wilmington, DE 19850 |
| 14762402 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2023 23:48:00 | PNC Bank, PO Box 94982, Cleveland, OH 44101 |
| 15331150 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 23 2023 23:48:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 14762403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2023 00:01:09 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 14762625 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 23 2023 23:47:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762401 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 23 2023 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14762404 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 23 2023 23:47:35 | Synchrony Bank, Attention: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |

Case 18-10056-JAD   Doc 65   Filed 02/25/23   Entered 02/26/23 00:27:48   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-1 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 23, 2023 | Form ID: pdf900 | Total Noticed: 18 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK NA |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762400 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14762399 | * | Internal Revenue Service, Insolvency Unit, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14784780 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14791388 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Janice K. Graham dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Jerome B. Blank | on behalf of Creditor PNC BANK NA jblank@pincuslaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC BANK NA amps@manleydeas.com |
| Thomas Song | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION pawb@fedphe.com |

TOTAL: 7