**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JANICE K. GRAHAM<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-10056<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/22/2018 and confirmed on 06/20/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 76,485.00 |
| Less Refunds to Debtor | | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 76,485.00 |
| | | | | |
| Administrative Fees | | | | |
|    Filing Fee | | 0.00 | | |
|    Notice Fee | | 0.00 | | |
|    Attorney Fee | | 3,500.00 | | |
|    Trustee Fee | | 3,482.56 | | |
|    Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,982.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 6,079.75 | 0.00 | 6,079.75 |
|     Acct: 7945 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2212 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU* | 10,358.36 | 10,358.36 | 1,553.79 | 11,912.15 |
|     Acct: 9000 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU* | 4,792.38 | 4,792.38 | 718.81 | 5,511.19 |
|     Acct: 6000 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU* | 1,281.73 | 1,281.73 | 439.73 | 1,721.46 |
|     Acct: 6000 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU* | 2,263.00 | 2,263.00 | 776.46 | 3,039.46 |
|     Acct: 9000 | | | | |
|   PNC BANK NA | 20,621.50 | 19,395.55 | 0.00 | 19,395.55 |
|     Acct: 2212 | | | | |
| | | | | 47,659.56 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 18-10056 | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   JANICE K. GRAHAM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JANICE K. GRAHAM | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,950.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 16,283.25 | 16,283.25 | 0.00 | 16,283.25 |
|     Acct: 9475 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,171.72 | 1,171.72 | 0.00 | 1,171.72 |
|     Acct: 9475 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU* | 1,325.64 | 1,325.64 | 246.08 | 1,571.72 |
|     Acct: 6000 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU* | 2,371.03 | 2,371.03 | 440.16 | 2,811.19 |
|     Acct: 9000 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
|     Acct: XXXXXXXXXXXXXXXXX0056 | | | | |
| | | | | 21,842.88 |
| Unsecured | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0987 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDLA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7317 | | | | |
|   AMERICAN INFOSOURCE LP O/B/O MIDLA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4503 | | | | |
|   ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1603 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2725 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0523 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4042 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0303 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 569.85 | 0.00 | 0.00 | 0.00 |
|     Acct: 9753 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 506.86 | 0.00 | 0.00 | 0.00 |
|     Acct: 2472 | | | | |
|   INTERNAL REVENUE SERVICE* | 4,569.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 9475 | | | | |
|   PA DEPARTMENT OF REVENUE* | 729.04 | 0.00 | 0.00 | 0.00 |
|     Acct: 9475 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1481 | | | | |
|   ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIKE THOMAS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALICE BOYER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 69,502.44 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 21,156.64 |
| SECURED | 39,316.97 |
| UNSECURED | 6.375.04 |

Date: 08/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com